No. —— ——. HOPKINS, WARDEN v. RUST. Motion of petitioner to dispense with printing portions of the appendix to the petition for writ of certiorari denied.

No. A–598. WEINER ET AL. v. NATIONAL CITY ET AL. Sup. Ct. Cal. Application for stay pending filing and disposition of a petition for writ of certiorari, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–1221. IN RE DISBARMENT OF TOY. Disbarment entered. [For earlier order herein, see 506 U. S. 1045.]

No. D–1225. IN RE DISBARMENT OF GLADSON. Disbarment entered. [For earlier order herein, see 506 U. S. 1076.]

No. D–1226. IN RE DISBARMENT OF WADDELL. Disbarment entered. [For earlier order herein, see 506 U. S. 1076.]

No. D–1227. IN RE DISBARMENT OF ANSHEN. Disbarment entered. [For earlier order herein, see 506 U. S. 1076.]

No. D–1246. IN RE DISBARMENT OF SIMRING. It is ordered that Ellis S. Simring, of Hollywood, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1247. IN RE DISBARMENT OF KEEL. It is ordered that Alvin Lamar Keel, of Bingham Farms, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1248. IN RE DISBARMENT OF HAYES. It is ordered that Janice Marie Hayes, of Las Vegas, Nev., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1249. IN RE DISBARMENT OF SCHINDELAR. It is ordered that Kathryn Ann Schindelar, of Stanhope, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.